# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CEDRIC RECHE ALLEN**
Reg. #54546-018                                                                    PETITIONER

v.                              No. 2:19-cv-81-DPM

**DEWAYNE HENDRIX, Warden**                                          RESPONDENT

## ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, *Doc. 12*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Allen hasn't shown that the Bureau of Prisons incorrectly calculated his credit for prior custody. Claim 2 will therefore be dismissed with prejudice. Claim 1 will be dismissed without prejudice for lack of jurisdiction.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 May 2020