IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CEDRIC RECHE ALLEN
Reg. #54546-018                                                                   PETITIONER

v.                              No. 2:19-cv-81-DPM

DEWAYNE HENDRIX, Warden                                           RESPONDENT

## JUDGMENT

Claim 1 of Allen's petition is dismissed without prejudice. Claim 2 is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_11 May 2020_